IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michael Locher, :
:
    Petitioner(s), :
: Case Number: 1:12cv781
vs. :
: Chief Judge Susan J. Dlott
Warden, Chillicothe Correctional Institution, :
:
    Respondent(s). :

ORDER

    This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on January 28, 2014 a Report and Recommendation (Doc. 14). Subsequently, the petitioner filed objections to such Report and Recommendation (Doc. 16) and the Court issued a Supplemental Report and Recommendation (Doc. 18) which the petitioner also objected to (Doc. 19).

    The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

    Accordingly, this case is DISMISSED with prejudice. Jurists will not disagree with this conclusion. Petitioner will be denied a certificate of appealability and the Court will certify to the Sixth Circuit that any appeal will be objectively frivolous.

    IT IS SO ORDERED.

        ___s/Susan J. Dlott_____
        Chief Judge Susan J. Dlott
        United States District Court